UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  
ANAN LI STURGESS

CASE NO:  3:12-bk-06585-PMG  
Chapter 13

{Debtor/s}
_____/

## ORDER GRANTING DEBTOR'S MOTION TO MODIFY CONFIRMED PLAN

This case came before the Court without a hearing upon the Debtor's Motion To Modify Confirmed Plan, dated December 20, 2013.  The court finds:

1. The Debtor's Motion To Modify Confirmed Plan was served on all interested parties with the Local Rule 2002-4 negative notice legend informing the parties of their opportunity to object within twenty-one (21) days of the dated service;

2. No party filed an objection within the time permitted;

3. The Court therefore considers the matter unopposed; and

4. The provisions of Section 1329 of the United States Bankruptcy Code have been met.

Accordingly:

**IT IS ORDERED :**

The Debtor's Motion To Modify Confirmed Plan is granted, and the Order Confirming Chapter 13 Plan allowing Claims and Directing Distribution is modified, pursuant to the payments and disbursements set forth on Exhibit "A" attached hereto.

If the Debtor has surrendered collateral in this modification securing a debt to the creditor and the creditor is entitled to file an unsecured deficiency claim, said claim must be filed within 90 days of the date of this order, unless a Motion for Extension of Time is filed for good cause prior to the expiration of the 90 days and granted by this Court. All other provisions of the Order Confirming Chapter 13 Plan Allowing Claims and Directing Distribution entered by this Court on September 16, 2013 shall remain the same and in full force and effect.

DONE and ORDERED in Jacksonville, Florida, this 31st day of January, 2014

_____
PAUL M. GLENN
United States Bankruptcy Judge

Copies furnished to:
All Interested Parties

Douglas W. Neway, the Chapter 13 Standing Trustee, is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

# AMENDED EXHIBIT A
## CASE NO: 3:12-bk-06585-PMG
## ANAN LI STURGESS
### Chapter 13

| Claim No. | Creditor | Claim Type | Claim Amount | Amount Allowed | Monthly Payment | Mth |
|---|---|---|---|---|---|---|
|  | TRUSTEE EXPENSES | Priority | As set by U.S. Trustee | | | |
|  | REHAN N KHAWAJA ESQUIRE | Priority | $3,750.00 | $3,750.00 | $450.00 | 1 - 8 |
|  |  |  |  |  | $150.00 | 9 - 9 |
|  |  |  |  |  | $0.00 | 10 - 60 |

**Claim Notes:** *No claim filed.*

| | | | | | | |
|---|---|---|---|---|---|---|
|  | CHASE | Secured | $0.00 | $0.00 | $0.00 | |

**Claim Notes:** *The 'Amount Allowed' represents the maintenance of payments on this claim while the case is pending as provided for in Section 1322(b)(5). No claim filed. Collateral Surrendered.*

| Claim No. | Creditor | Claim Type | Claim Amount | Amount Allowed | Monthly Payment | Mth |
|---|---|---|---|---|---|---|
| 01 | DISCOVER BANK | Unsecured | $11,221.19 | $11,221.19 | ProRata | |
| 02 | LVNV FUNDING LLC | Unsecured | $7,580.69 | $7,580.69 | ProRata | |
| 03 | AMERICAN EXPRESS CENTURION BAN | Unsecured | $5,781.09 | $5,781.09 | ProRata | |
| 04 | CAPITAL RECOVERY GROUP, LLC | Unsecured | $16,840.54 | $0.00 | ProRata | |

**Claim Notes:** *Claim Withdrawn.*

| Claim No. | Creditor | Claim Type | Claim Amount | Amount Allowed | Monthly Payment | Mth |
|---|---|---|---|---|---|---|
| 05 | Main Street Aquisition Corp. | Unsecured | $13,581.48 | $13,581.48 | ProRata | |
| 06 | BAPTIST NASSAU | Unsecured | $515.47 | $515.47 | ProRata | |
| 07 | WELLS FARGO BANK NA | Secured | $42,876.15 | $0.00 | $0.00 | |

**Claim Notes:** *The 'Amount Allowed' represents the maintenance of payments on this claim while the case is pending as provided for in Section 1322(b)(5). Collateral Surrendered.*

| | | | | | | |
|---|---|---|---|---|---|---|
| 08 | PNC MORTGAGE | Secured | $45,704.34 | $0.00 | $0.00 | |

**Claim Notes:** *The 'Amount Allowed' represents the maintenance of payments on this claim while the case is pending as provided for in Section 1322(b)(5). Claim paid outside of plan.*

| Claim No. | Creditor | Claim Type | Claim Amount | Amount Allowed | Monthly Payment | Mth |
|---|---|---|---|---|---|---|
| 08 | PNC MORTGAGE | Secured | $191.56 | $191.56 | $0.00 | 1 - 10 |
|  |  |  |  |  | $191.56 | 11 - 11 |
|  |  |  |  |  | $0.00 | 12 - 60 |

**Claim Notes:** *Mortgage Arrearage.*

| Claim No. | Creditor | Claim Type | Claim Amount | Amount Allowed | Monthly Payment | Mth |
|---|---|---|---|---|---|---|
| 09 | SUNTRUST BANK; LINDA SWEETON, SPECIAL ASSETS DIVIS | Unsecured | $260,420.79 | $260,420.79 | ProRata | |
| 10 | INTERNAL REVENUE SERVICE | Priority | $15,971.66 | $15,971.66 | $0.00 | 1 - 8 |
|  |  |  |  |  | $300.00 | 9 - 9 |
|  |  |  |  |  | $450.00 | 10 - 20 |
|  |  |  |  |  | $900.00 | 21 - 31 |
|  |  |  |  |  | $821.66 | 32 - 32 |
|  |  |  |  |  | $0.00 | 33 - 60 |

**AMENDED EXHIBIT A**
**CASE NO: 3:12-bk-06585-PMG**
**ANAN LI STURGESS**
**Chapter 13**

| | | | | | |
|---|---|---|---|---|---|
| 10 | INTERNAL REVENUE SERVICE | Unsecured | $3,013.16 | $3,013.16 | ProRata |

**Debtor Payment Schedule**

| StartDate | Number of Months | PaymentAmount |
|---|---|---|
| November 7, 2012 | 1 - 10 | $500.00 |
| September 7, 2013 | 11 - 11 | $712.85 |
| October 7, 2013 | 12 - 20 | $500.00 |
| July 7, 2014 | 21 - 50 | $1,000.00 |
| January 7, 2017 | 51 - 60 | $2,652.00 |

Copies to:
Debtor
Rehan N Khawaja Esquire
Douglas W. Neway, Trustee
All Interested Parties